```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 09918
   OLIVIA PIERCE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2307


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/01/2007 and was confirmed 08/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/15/2008.
------------------------------------------------------------------------------
 CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC   18951.24         2380.17         1211.20
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED            .00             .00
PREMIER BANCARD CHARTER   UNSECURED         452.48            .00             .00
AMERICAS FINANCIAL CHOIC  UNSECURED         262.23            .00             .00
AMERICASH LOANS LLC       UNSECURED        4846.28            .00             .00
PAYDAY LOAN               UNSECURED        NOT FILED            .00             .00
CACH                      UNSECURED        NOT FILED            .00             .00
CBE GROUP                 UNSECURED        NOT FILED            .00             .00
CFMC                      NOTICE ONLY      NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED         180.00            .00             .00
COLLECTION COMPANY OF AM  UNSECURED        NOT FILED            .00             .00
COLLEGIATE FUNDING SER    UNSECURED        NOT FILED            .00             .00
COLLEGIATE FUNDING SVC    UNSECURED        NOT FILED            .00             .00
CORTRUST BANK             UNSECURED         735.77            .00             .00
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED            .00             .00
CREDIT MANAGEMENT INC     UNSECURED        NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         675.15            .00             .00
FFD RESOURCES III         UNSECURED        NOT FILED            .00             .00
FIRST PREMIER BANK        UNSECURED        NOT FILED            .00             .00
HSBC NV                   UNSECURED        NOT FILED            .00             .00
IMPACTCASH USA            UNSECURED         480.00            .00             .00
ECMC                      UNSECURED       18656.17            .00             .00
JP MORGAN                 UNSECURED        NOT FILED            .00             .00
MIDLAND MARKETING         UNSECURED        NOT FILED            .00             .00
NCA                       UNSECURED        NOT FILED            .00             .00
NICOR GAS                 UNSECURED         314.58            .00             .00
NICOR GAS                 UNSECURED        NOT FILED            .00             .00
ONE IRON VENTURES         UNSECURED        NOT FILED            .00             .00
PAYDAY LOAN STORE         UNSECURED        NOT FILED            .00             .00
RNB FIELDS                UNSECURED        NOT FILED            .00             .00
US DEPT OF EDUCATION      UNSECURED        NOT FILED            .00             .00
ALEX VALERY               NOTICE ONLY      NOT FILED            .00             .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 09918 OLIVIA PIERCE
```

```
CAPITAL ONE AUTO FINANCE  UNSECURED       NOT FILED              .00           .00
GENEVA ROTH               UNSECURED       NOT FILED              .00           .00
CASH LOANS TODAY INC      UNSECURED          681.28              .00           .00
JP MORGAN                 UNSECURED       NOT FILED              .00           .00
COMMONWEALTH EDISON       UNSECURED          450.56              .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY     3,174.00                             .00
TOM VAUGHN                TRUSTEE                                           293.63
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  3,885.00

PRIORITY                                              .00
SECURED                                          1,211.20
    INTEREST                                     2,380.17
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               293.63
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                    3,885.00              3,885.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 07 B 09918 OLIVIA PIERCE